# DOCUMENTS TO BE SEALED

## *PLAINTIFF*

## *-V-*

## *DEFENDANT*

DOCKET NUMBER: __18 CV 7620__

DATE FILED: __AUG 2 1 2018__

SIGNED BY: __JUDGE CAPRONI__

DATE SIGNED: __AUG 2 1 2018__

## TO BE FILED UNDER SEAL:

_____ ENTIRE ACTION

_____ COMPLAINT / PETITION ONLY

✓ OTHER DOCUMENTS / EXHIBITS