N.Y.S.D. Case #
18-cv-7620(KNF)

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 6th day of November, two thousand and nineteen,

Credit Agricole Corporate and Investment Bank, Archimedes Funding IV (Cayman), Ltd., Copper River CLO Ltd., Endurance CLO I, Ltd., Green Lane CLO Ltd., Kennecott Funding Ltd., Landmark V CDO Ltd., Landmark VI CDO Ltd., Landmark VII CDO Ltd., Landmark VIII CDO Ltd., Latitude CLO I, Ltd., THL Credit Opportunity Ltd., FKA McDonnell Loan Opportunity Ltd., Ocean Trails CLO I, Permal Stone Lion Fund Ltd., Sands Point Funding Ltd., Stone Lion Portfolio L.P., UBS AG, Stamford Branch, UBS Loan Finance LLC, WG Horizons CLO I, Landmark IV CDO Ltd., Landmark III CDO Ltd.,

   Petitioners - Appellees,

v.

Black Diamond Capital Management, LLC, BDC Finance L.L.C., Black Diamond Clo 2006-1 (Cayman), Ltd., Black Diamond Commercial Finance, L.L.C.,

   Respondents - Appellants.

**ORDER**
Docket No. 19-1086

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Nov 06 2019

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to Local Rule 42.1.

The stipulation is hereby "So Ordered".

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 11/06/2019